## Mercado *v.* Tous Soto, Juez de Distrito.

Solicitud para que se expida mandamiento de Certiorari.

No. 5.—Resuelto en Junio 21, 1905.

Certiorari.—Recurso ordinario.—El recurso de *certiorari* sólo se concede cuando los procedimientos del Juez ó Tribunal inferior no se ajustan á las prescripciones legales, ó cuando el Juez se niega á proveer sin motivo ó razón justificada, siempre que el peticionario carezca de otro remedio adecuado para obtener la enmienda del daño ó del agravio que hubiere sufrido.

Los hechos están expresados en la opinión.

Abogado del demandante: *Sr. Padilla.*

Abogado de la parte contraria: *Sr. José Guzmán Benítez.*

El Juez Presidente Sr. Quiñones, emitió la opinión del tribunal.

*Visto* el escrito presentado ante esta Corte Suprema por el abogado Don Julio Padilla é Iguina, á nombre de Don Mario Mercado en solicitud de un acto de *certiorari* contra el Tribunal de Distrito de Ponce, con motivo de los procedimientos seguidos contra el peticionario como rematador de los bienes embargados en los ejecutivos seguidos por la sucesión de Don Carlos Paterne contra Don José Rivera Cintrón para que se elevaran dichos autos á esta Superioridad á fin, de revisar el procedimiento en cuanto no estuviere ajustado á la Ley.

*Resultando* que librado el auto de *certiorari* solicitado han sido remitidos á esta Superioridad los autos de referencia, de los que aparece que, seguido pleito ejecutivo en el año de 1889 en el extinguido Juzgado de 1a. Instancia de Ponce, por la sucesión de Don Carlos Paterne, compuesta de su viuda Doña Alejandrina González y Vargas por sí y como tutora de su hija menor Doña Juana Evangelista y Don Eduardo Saliche y Simompietri por su propio derecho y como tutor de los menores Doña Carlota y Don Carlos Paterne y Boisojils, contra Don José Rivera Cintrón en cobro de un crédito hipotecario por valor de

tres mil ciento noventa y ocho pesos, sentencia de remate y sacados á pública subasta los bienes y embargados, se adjudicaron á Don Mario Mercado, como mejor postor, por auto de treinta de enero de mil ochocientos noventa por la suma de tres mis setecientos dos pesos cincuenta centavos á pagar de contado las costas y la parte que pudiera corresponder á Don Eduardo Saliche como cesionario de Doña Alejandrina González, quedando el resto hipotecado en la misma finca á favor de los menores para pagarlo á su mayor edad ó en cualquier otro caso de los establecidos por la ley, pasándoles, mientras tanto, el interés legal; habiendo sido puesto en posesión de los bienes rematados en treinta del mismo mes de enero.

*Resultando* que practicadas posteriormente á solicitud de los ejecutantes, la tasación de costas y la liquidación del juicio del remate, como solicitara repetidas veces, sin resultado favorable, que el rematador consignara las costas y los mil doscientos veinte y seis pesos que, según la liquidación practicada, correspondían á D. Eduardo Saliche del precio del remate, pidió entonces se le requiriera para el depósito de dicha cantidad en Arcas Reales, y habiéndole sido denegada dicha solicitud por auto de veinte y dos de junio de 1892, lo mismo que la reposición solicitada de dicha providencia por su concordante de cuatro de julio siguiente, apelados ambos provistos por la representación de los ejecutantes, se admitió la apelación en un solo efecto, disponiéndose se le expidiese testimonio de los lugares conducentes de los autos para la resolución del recurso, lo que se verificó, entregándose al procurador de los apelantes, el testimonio dispuesto, no constando se hubiera citado ni emplazado al rematador Don Mario Mercado, para la resolución de la alzada interpuesta.

*Resultando* que en este estado permanecieron los autos hasta que en veinte y ocho de diciembre de 1904, el abogado Don Luis L. Yordán Dávila, á nombre de Don Car-

los Paterne como único representante de la sucesión eje-
cutante, presentó moción al Tribunal de Distrito de Pon-
ce en solicitud de que se cumpliese en todas sus partes
la sentencia pronunciada por la extinguida Audiencia
Territorial de esta Isla, en la apelación de referencia,
á acuyo efecto acompañó una copia autorizada de ella,
por el Secretario que fué de dicho Superior Tribunal,
Don Eduardo Rodeyro, y de la que resulta que, sustan-
ciado el recurso de apelación interpuesto, dictó senten-
cia la expresada Audiencia Territorial, en diez y nueve
de enero de mil ochocientos noventa y cuatro, y por la
que, con revocación de los autos apelados de veinte y dos
de junio y de cuatro de julio siguiente, dispuso se re-
quiriera á Don Mario Mercado para la consignación del
resto del precio del remate, según lo pidieron los eje-
cutantes con las costas, y que, sustanciada dicha moción,
con audiencia del abogado Don Julio Padilla, en repre-
sentación del rematador Don Mario Mercado, que se opu-
so á ella, recayó una providencia de la Corte de Distrito
de Ponce, de fecha diez de enero del corriente año de
mil novecientos cinco, disponiendo se requiriese á Don
Mario Mercado, para que, en el término de quinto día,
consignara en poder del Secretario de la Corte, ó en
su establecimiento de crédito, á disposición de la misma,
la suma de dos mil cuatrocientos cincuenta y dos pesos
un centavo, moneda mejicana, ó su equivalente en oro,
como resto de la venta en pública subasta de la finca
hipotecada, objeto de la ejecución, y los intereses lega-
les de dicha suma, á razón del seis por ciento, desde que
se le puso en posesión de ella, en treinta de enero de
mil ochocientos noventa, hasta que la misma sea consig-
nada y las costas de la apelación, ascendentes á doscien-
tos cuarenta y cuatro pesos treinta y cuatro centavos,
moneda española, ó su equivalencia; providencia que en-
mendó la misma Corte en catorce del propio mes de ene-
ro, eliminando de ella la suma consignada por intereses,

y sustituyendo la suma de dos mil cuatrocientos cincuenta y dos pesos un centavo, consignada por razón del resto del remate, por la de mil doscientos veinte y seis pesos mejicanos, y que librada orden al Marshal de la Corte de Distrito para la ejecución de dicha providencia, acudió entonces el rematador Don Mario Mercado, por conducto de su abogado defensor D. Julio Padilla é Iguina, ante esta Corte Suprema, en solicitud del auto de *certiorari,* para que el Juez de Distrito de Ponce remitiera los autos á esta Superioridad, para revisarlos en lo que fueran contrarios á la ley, habiendo sido impugnada esta solicitud por la representación de Don Carlos Paterne.

*Resultando* que librado el auto de *certiorari,* y remitidos los autos originales á esta Corte Suprema por el Juez del Tribunal de Distrito de Ponce, se celebró la vista del recurso, con asistencia de los abogados defensores de ambas partes, que expusieron respectivamente lo que estimaron pertinentes á su derecho.

*Considerando* que el recurso de *certiorari* sólo se concede cuando los procedimientos del Juez ó Tribunal inferior no se ajustan á las prescripciones legales, ó cuando el Juez se niega á proveer sin motivo ó razón justificada, siempre que el peticionario carezca de otro remedio adecuado para obtener la enmienda del daño ó del agravio que se infiera el Juez ó Tribunal contra quien se interpone el recurso; y que no habiéndose negado el Juez á proveer en el presente caso, y estando por otra parte ajustada la providencia dictada por el Tribunal del Distrito de Ponce, en catorce de enero último, á la sentencia pronunciada por la extinguida Audiencia Territorial de esta Isla, en diez y nueve de enero de mil ochocientos noventa y cuatro, de cuyo cumplimiento se trata, no puede calificarse de ilegal, ni de incorrecto el procedimiento seguido por el referido Tri-

bunal de Distrito en el cumplimiento de la expresada sentencia, aparte de los recursos de que pueda estar asistido el peticionario para obtener enmienda de los agravios que haya podido causarle dicha sentencia Superior, y de los cuales, en todo caso, deberá hacer uso ante quien, y en el juicio que corresponda.

Se declara no haber lugar al recurso de *certiorari* solicitado por la representación de Don Mario Mercado, con las costas, y devuélvanse al Tribunal de Distrito de Ponce los autos que remitiera para la resolución del recurso, con copia de la presente resolución, á los efectos que procedan, con arreglo á derecho.

*Denegado.*

Jueces concurrentes: Sres. Hernández, Figueras y MacLeary.

El Juez Asociado Sr. Wolf, no intervino en la resolución de este caso.